**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3-10-CV-1488-9 |
| | § | |
| **PEDRO O. RODRIGUEZ,** | § | |
| | § | |
|    Respondent, | § | |

## MOTION TO DISMISS

   COMES NOW the United States of America, Petitioner, and moves the Court, pursuant to Rule 41(a)(2), Fed. R. Civ. P., for the entry of an Order of Dismissal in the above-styled and numbered cause for the reason that Pedro O. Rodriguez, has fully complied with the Internal Revenue summons issued on May 11, 2010.

   WHEREFORE, Petitioner prays that this Court dismiss its Petition to Enforce Internal Revenue Service Summons and vacate and set aside the Order to Show Cause heretofore entered herein.

                              Respectfully submitted,

                              JAMES T. JACKS,
                              UNITED STATES ATTORNEY


                              /s/ Adam L. Flick_____
                              ADAM L. FLICK
                              Special Assistant U.S. Attorney
                              State Bar No. 24042617
                              4050 Alpha Rd.,  MC 2000NDAL
                              Dallas, Texas  75244
                              Tel.:  (972) 308-7947
                              Fax:  (972) 308-7960
                              Adam.L.Flick@irscounsel.treas.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was served upon Respondent this 21st day of September, 2010, by mailing a copy in the U.S. mail, certified, return receipt requested, addressed as follows:

>Pedro O. Rodriguez
>5308 Bonita Avenue
>Dallas, Texas  75206

>/s/ Adam L. Flick
>ADAM L. FLICK
>Special Assistant U.S. Attorney